Honorable Robert S. Lasnik
Noted for Hearing: May 19, 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC MOUNTAIN PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GANZ USA, LLC, <br><br> Defendant. | Case 2:17-cv-00568 RSL <br><br> STIPULATION AND [PROPOSED] ORDER FOR REMAND <br><br> [Clerk's Action Required] |

## I.   STIPULATION

By and through their undersigned counsel, Olympic Mountain Products, Inc. ("Plaintiff") and Ganz USA, LLC ("Defendant"), hereby stipulate to an Order of Remand of this case to the Superior Court of the State of Washington, County of King as follows:

1.   On March 7, 2017, Plaintiff filed this pending lawsuit titled in the Superior Court of the State of Washington, County of King;

2.   On March 8, 2017, Plaintiff process served Defendant with the Summons and Complaint, at its registered agent address in Washington State;

STIPULATION AND PROPOSED
ORDER OF REMAND - 1
Case 2:17-cv-00568 RSL
{24981/V151655.DOCX}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

3. On April 13, 2017, Defendant filed a Notice of Removal, removing this pending lawsuit from King County Superior Court to this United States District Court for the Western District of Washington;

4. On April 25, 2017, Plaintiff filed this pending Motion for Remand, on the basis that removal of this action was not timely made within 30 days as required by 28 U.S.C. §1446, and requested an award of attorney fees and costs;

5. On May 15, 2017, Defendant filed a Response Consenting In-Part to Plaintiff's Motion to Remand, wherein Defendant acknowledged the untimeliness of the removal and consented to remand, but requested that attorney fees be denied;

6. Based on the uncontested relief of remand agreed to by Defendant, the parties stipulate that his case should be remanded back to Order of Remand without award of attorney fees and costs.

RESPECTFULLY SUBMITTED this 19th day of May, 2017.

NEVILLE PETERSON, LLP                      LASHER HOLZAPFEL
                                           SPERRY & EBBERSON, PLLC

By: s/ Richard F. O'Neill                  By: s/Mario A. Bianchi
    Richard F. O'Neill, WSBA #43858            Anthony J.W. Gewald, WSBA #29189
    Neville Peterson, LLP                      Mario A. Bianchi, WSBA #31742
    500 Yale Avenue North, Suite 221           Two Union Square, Suite 2600
    Seattle, WA 98109                          601 Union Street
    Telephone: (425) 218-4881                  Seattle, WA 98101-4000
    E-Mail: roneill@npwny.com                  Telephone: (206) 624-1230
                                               E-Mails: gewald@lasher.com;
                                               bianchi@lasher.com;

STIPULATION AND PROPOSED
ORDER OF REMAND - 2
Case 2:17-cv-00568 RSL
{24981/V151655.DOCX}

LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

## II. ORDER

Based upon the foregoing stipulation of the Parties it is hereby ORDERED that:

1. This case is REMANDED to King County Superior Court, without award of attorney fees and costs;

2. The Clerk of the Court is hereby directed to CLOSE this case,

DATED this 23rd day of May, 2017.

_____
THE HONORABLE ROBERT S. LASNIK

*Order Approved By:*

| | |
|---|---|
| LASHER HOLZAPFEL SPERRY & EBBERSON, PLLC | NEVILLE PETERSON, LLP |
| By: *s/Mario A. Bianchi* <br> Anthony J.W. Gewald, WSBA #29189 <br> Mario A. Bianchi, WSBA #31742 <br> Two Union Square, Suite 2600 <br> 601 Union Street <br> Seattle, WA 98101-4000 <br> Telephone: (206) 624-1230 <br> E-Mails: <br> gewald@lasher.com; <br> bianchi@lasher.com; | By: *s/ Richard F. O'Neill* <br> Richard F. O'Neill, WSBA #43858 <br> 500 Yale Avenue North, Suite 221 <br> Seattle, WA 98109 <br> Telephone: (425) 218-4881 <br> E-Mail: roneill@npwny.com |

STIPULATION AND ~~PROPOSED~~
ORDER OF REMAND - 3
Case 2:17-cv-00568 RSL
{24981/V151655.DOCX}

LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563